IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ROGER GODBEHERE #611956 | § | |
| VS. | § | CIVIL ACTION NO. 6:13CV121 |
| DIRECTOR, TDCJ, ET AL | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Plaintiff's civil rights action pursuant to 42 U.S.C. § 1983 is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)-(B). It is further

**ORDERED** that any and all other motions that may be pending in this civil action are hereby **DENIED**.

**So ORDERED and SIGNED this 30th day of July, 2013.**

LEONARD DAVIS
UNITED STATES DISTRICT JUDGE